# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

August 5, 2016

**VIA ECF**
The Honorable Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Pichardo v. Eskina 214 Corp. et al.*, 16 Civ. 2279 (RA) (HBP)
(Adjournment of Settlement Conference)

Dear Judge Pitman:

We represent plaintiff Carolina Pichardo in the above-reference wage and hour matter. Together with defense counsel, Martin Restituyo, the parties submit this letter jointly requesting that the settlement conference scheduled for August 15, 2016, at 2:30 p.m. be adjourned to some date in late November 2016. Discovery is scheduled to end on January 2, 2017. This is the first time that the parties have requested an adjournment of the settlement conference.

To date, the parties' settlement discussions (including an in-person meeting) have been unsuccessful. Although all counsel were optimistic that we could make progress prior to attending a settlement conference before Your Honor, the gap between the parties remains significant. Accordingly, counsel for the respective parties believe that finalizing document discovery and taking the depositions of defendants and plaintiff will enable them to engage in more meaningful discussions before attempting to settle this matter with Your Honor's help.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Louis Pechman

cc:   Martin Restituyo, Esq.